Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

| |
|---|
| Auxin Solar Inc.<br><br>                                         **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>                                         **Defendant.** |

Court No. 23-00225

S U M M O N S

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                      **/s/ Mario Toscano**
                                        Clerk of the Court

1.    Auxin Solar Inc. has standing because it is a manufacturer, producer, or wholesaler in the United States of a domestic like product (19 U.S.C. 1677(9)(C))
     (Name and standing of plaintiff)

2.    Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determination of Circumvention With Respect to Thailand.
     (Brief description of contested determination)

3.    Final Determination published on August 23, 2023; Final Determination mailed on September 20, 2023
     (Date of determination)

4.    Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam; 88 Fed. Reg. 57419 (August 23, 2023)
     (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Thomas M. Beline
Signature of Plaintiff's Attorney

October 20, 2023
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney
Thomas M. Beline
900 19th Street NW
Suite 400
Washington, DC 20006
202-567-2316

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Office of the General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW.,
Washington, DC 20230