**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE**

| | |
|---|---|
| AUXIN SOLAR INC.              ) | |
|             ) | |
|        *Plaintiff,*      ) | |
|             ) | |
|      V.         ) | Court No. 23-00225 |
|             ) | |
| UNITED STATES,      ) | |
|             ) | |
|        *Defendant,*     ) | |
|             ) | |
| AND          ) | |
|             ) | |
| CANADIAN SOLAR INTERNATIONAL   ) | |
|  LIMITED ET AL.,      ) | |
|             ) | |
|    *Defendant-Intervenors.* ) | |
|             ) | |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff, Defendant, and Defendant-Intervenors hereby submit this stipulation of dismissal. Pursuant to U.S. Court of International Trade ("USCIT") Rule 56.2(g), a plaintiff may voluntarily dismiss its action under Rule 41(a)(1)(A) without a court order. Because this voluntary dismissal is being submitted more than 30 days after the date of service of the complaint, however, the "stipulation of dismissal must be filed in accordance with Rule 41(a)(1)(A)(ii)." USCIT Rule 56.2(g).

Pursuant to USCIT Rule 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Accordingly, all parties to this action that have entered an appearance have consented to dismissal and have signed this stipulation of dismissal. The parties agree that each party should bear its own costs upon the dismissal.

Respectfully submitted,

/s/ Chase J. Dunn

Chase J. Dunn
Thomas M. Beline
Sarah E. Shulman
James E. Ransdell

**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone: (202) 567-2300
Fax: (202) 567-2301
Email: tbeline@cassidylevy.com

Dated: May 10, 2024

*Counsel to Auxin Solar Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

PATRICIA M. McCARTHY
Director

/s/ REGINALD T. BLADES, JR.
Assistant Director

/s/ STEPHEN C. TOSINI
Senior Trial Counsel
**U.S. Department of Justice**
Civil Division
Commercial Litigation Branch
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-5196
Email: stephen.tosini@usdoj.gov

OF COUNSEL

SPENCER NEFF
Attorney
Office of the Chief Counsel
for Trade Enforcement & Compliance
Department of Commerce

*Counsel for Defendant the United States*

/s/ Jonathan T. Stoel
Jonathan T. Stoel
Michael G. Jacobson
Nicholas R. Sparks
**HOGAN LOVELLS US LLP**
Columbia Square Building
555 Thirteenth Street, NW.
Washington, DC 20004
Phone: (202) 637-6634
Email:
jonathan.stoel@hoganlovells.com

*Counsel for Defendant-Intervenors Canadian Solar International*

*Limited and Canadian Solar
Manufacturing (Thailand) Co.,
Ltd.*

/s/ Matthew R. Nicely
Matthew R. Nicely
Julia K. Eppard
Daniel M. Witkowski
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
2001 K Street NW
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for NextEra Energy
Constructors, LLC*

/s/ Jonathan M. Freed
Jonathan M. Freed
Robert G. Gosselink
Kenneth N. Hammer
MacKensie R. Sugama
Doris Di
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Phone: (202) 223-3760
Email: jfreed@tradepacificlaw.com

*Counsel for Defendant-Intervenor
Trina Solar Science & Technology
(Thailand) Ltd.*

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 8A**

| | |
|---|---|
| Auxin Solar Inc. | |
| | |
| Plaintiff, | 23-00225 |
| | Court No. |
| v. | |
| United States | |
| | |
| Defendant. | |

## STIPULATION OF DISMISSAL

     **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: May 10, 2024
_____

Chase J. Dunn
_____
Attorney for Plaintiff

900 19th Street, NW Suite 400
_____
Street Address

Washington, D.C. 20016
_____
City, State and Zip Code

202-567-2300
_____
Telephone No.

Stephen C. Tosini
_____
Attorney for Defendant

P.O. Box 480 Ben Franklin Station
_____
Street Address

Washington, D.C. 20044
_____
City, State and Zip Code

202-616-5196
_____
Telephone No.

## Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 23-00225 | Auxin Solar Inc. |

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)